IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ZAYO GROUP, LLC,

        Plaintiff,

vs.

6X7 NETWORKS, LLC,

        Defendant.

## COMPLAINT

Plaintiff Zayo Group, LLC ("Zayo") for its Complaint against Defendant 6x7 Networks, LLC (the "Defendant") alleges and states as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Zayo is a Delaware limited liability company with its principal place of business located at 1805 29th Street, Suite 2050, Boulder, Colorado 80301. Zayo is a single-member limited liability company. Zayo's sole member is Zayo Group Holdings, Inc. Zayo Group Holdings, Inc. is a Delaware corporation with its principal place of business in Boulder, Colorado.

2. Defendant is a Delaware limited liability company with its principal place of business at 5030 3rd Street, San Francisco, California 94124. Defendant's founder and owner is Lady Benjamin Cannon, a citizen of California.

3. This Court may properly exercise jurisdiction over all parties and the subject matter of this action pursuant to 28 U.S.C. § 1332 in that complete diversity exists between the parties,

and the amount in controversy is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

4. Venue is proper in this District under 28 U.S.C. § 1391(b)(2), (b)(3), and (c)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district and because Defendant is subject to the Court's personal jurisdiction with respect to the action.

## STATEMENT OF FACTS

5. Zayo realleges and restates the above and foregoing paragraphs as if fully set forth herein and further alleges and states as follows:

6. On or about September 26, 2018, Defendant and Zayo entered into a Master Service Agreement (the "Agreement").

7. Under the Agreement, Defendant submitted various Service Orders to Zayo.

8. Pursuant to the Agreement and Service Orders, Zayo agreed to provide certain services to Defendant and Defendant agreed to pay for such services.

9. Zayo provided services to Defendant and Defendant accepted and enjoyed the benefit of the services provided.

10. Each month, Zayo submitted to Defendant itemized invoices reflecting services performed and requesting payment for same.

11. Defendant failed and refused to pay for such services in breach of its obligations under the Agreement and Service Orders.

12. However, due to the parties' relationship and in an effort of good faith, Zayo continued to provide services pursuant to the Service Orders even after Defendant stopped paying its monthly invoices.

13. Each month, Zayo continued to provide Defendant with monthly invoices reflecting its services, and attempted to arrange for payment of outstanding amounts.

14. Defendant continued to fail and refuse to pay amounts due and owing.

15. As of the date of this Complaint, Defendant has a remaining account balance of One Million Five Hundred Forty Thousand Seven Hundred Ninety One Dollars and 94/100 ($1,540,791.94), including applicable interest, late fees, and taxes.

### FIRST CLAIM FOR RELIEF
(Breach of Contract)

16. Zayo realleges and restates the above and foregoing paragraphs as if set forth fully herein.

17. Defendant's refusal to pay Zayo for the services provided it constitutes a material breach of the parties' Agreement.

18. As a result this material breach, Zayo has been actually damaged in an amount to be proven at trial, but believed to be equal to or at least One Million Five Hundred Forty Thousand Seven Hundred Ninety One Dollars and 94/100 ($1,540,791.94).

19. Zayo also seeks to recover its reasonable and necessary attorneys' fees, expenses of litigation, and pre-judgment and post-judgment interest.

### SECOND CLAIM FOR RELIEF
(Unjust Enrichment)

20. Zayo realleges and restates the above and foregoing paragraphs as if set forth fully herein.

21. At Defendant's request, Zayo provided services which Defendant accepted, but failed to pay. Accordingly, Defendant has been unjustly enriched at Zayo's expense.

22. Based on this unjust enrichment, Zayo has suffered damages in an amount to be determined at trial, but believed to be equal to at least One Million Five Hundred Forty Thousand Seven Hundred Ninety One Dollars and 94/100 ($1,540,791.94).

23. Zayo also seeks to recover its reasonable and necessary attorneys' fees, expenses of litigation, and pre-judgment and post-judgment interest.

### THIRD CLAIM FOR RELIEF
### (Account Stated)

24. Zayo realleges and restates the above and foregoing paragraphs as if set forth fully herein and further alleges and states as follows:

25. Each month Zayo presented Defendant with the amount due for services provided by invoice.

26. At no time did Defendant object to Zayo's invoices. Following, it is implied that Defendant accepted Zayo's invoices as true and correct and promised to pay the amount stated.

27. Defendant have failed to pay the amount stated.

28. As a result of Defendant's failure to pay the amount stated, Zayo has been actually damaged in an amount to be proven at trial, but believed to be equal to at least One Million Five Hundred Forty Thousand Seven Hundred Ninety One Dollars and 94/100 ($1,540,791.94).

29. Zayo also seeks to recover its reasonable and necessary attorneys' fees, expenses of litigation, and pre-judgment and post-judgment interest.

### PRAYER FOR RELIEF

Plaintiff Zayo Group, LLC respectfully requests that this Court find in its favor and against Defendant 6x7 Networks, LLC as to all counts alleged herein, and enter judgment in Zayo's favor in the amount of One Million Five Hundred Forty Thousand Seven Hundred Ninety One Dollars and 94/100 ($1,540,791.94), plus accrued and accruing pre-judgment and post-judgment interest

as allowed by law.  Additionally, Zayo respectfully requests attorneys' fees and costs as allowed by law, and by the terms of the MSA, Service Orders, and all such other and further relief as this Court may find just and proper.

DATED this 16th day of February 2022.

*/s/ Anthony J. Jorgenson*
Anthony J. Jorgenson, OBA #17074
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway
Suite 2900
Oklahoma City, Oklahoma 73102-8865
Telephone:  (405) 553-2800
Facsimile:  (405) 553-2855
E-mail: *ajorgenson@hallestill.com*

**ATTORNEYS FOR PLAINTIFF, ZAYO GROUP, LLC**

2554430.1:006214.00026