

EXHIBIT 1

Case 1:22-cv-00414-WJM-KLM   Document 7-1   Filed 02/23/22   USDC Colorado   Page 2 of 3

9/1/2021                Zayo Mail - Re: URGENT ATTENTION REQUIRED-Notice of Default and Potential Interruption of Service on Account 290 [ ref:_00D6079…

olga.dmitrieva@zayo.com
http://www.zayo.com

**Did you know about our** Tranzact **portal?**
**Did you know paying for your bills could be much easier via** Tranzact**?**

[Quoted text hidden]

---

**Olga Dmitrieva** <olga.dmitrieva@zayo.com>                                      Mon, Feb 22, 2021 at 3:36 PM
To: Brandon Marx <brandon@cloudnexion.com>, Oliver Akers <oliver.akers@zayo.com>

Brandon,

Account 6x7 Networks has past due balance of $110,474.62 and no payments since 7/2020. Do you know anything about this?
Account is in Default status and might experience service interruption if no payments received before the end of the month.

Best Regards,
# Olga Dmitrieva
AR Expert I | **Zayo Group**
1821 30th Street | Unit A| Boulder, CO 80301
Office Phone: 720.599.0394
olga.dmitrieva@zayo.com
http://www.zayo.com

**Did you know about our** Tranzact **portal?**
**Did you know paying for your bills could be much easier via** Tranzact**?**

[Quoted text hidden]

---

**Olga Dmitrieva** <olga.dmitrieva@zayo.com>                                      Fri, Mar 5, 2021 at 12:53 PM
To: Brandon Marx <brandon@cloudnexion.com>, Oliver Akers <oliver.akers@zayo.com>, kar@6by7.net, paschal.masha@6by7.net, Beo Tramanh Nguyen <beo.nguyen@6by7.net>, Ben Cannon <ben@6by7.net>, provisioning@cloudnexion.com

**URGENT ATTENTION - INTERRUPTION OF SERVICE**

Account 2903 has a past due balance of **$123,856.62** and we will disconnect your services after 3/15/21. Account has Default status and we decided to hold off disconnection till 3/15/21. Please note that past due balances need to be paid in full to prevent disconnection.

Contact us immediately if you need further assistance,

Best Regards,
# Olga Dmitrieva
AR Expert I | **Zayo Group**
1821 30th Street | Unit A| Boulder, CO 80301
Office Phone: 720.599.0394
olga.dmitrieva@zayo.com
http://www.zayo.com

**Did you know about our** Tranzact **portal?**
**Did you know paying for your bills could be much easier via** Tranzact**?**

[Quoted text hidden]

---

**Lady Benjamin Cannon** <lb+canned.response@6by7.net>                            Fri, Mar 5, 2021 at 12:53 PM
To: olga.dmitrieva@zayo.com

*Hello, this e-mail is no longer in service.   Please use only  lb@6by7.net, as my name is no longer "Ben" and has not been for some time.  I obtained a Court Order to this effect in 2020.  As you are now fully on notice of this, I will expect you to cease use of my dead name and use my real true and correct legal name, Lady Benjamin, or if I've given you permission, my nickname LB to address me informally, or Ms. Cannon in the formal manner.  Use of my old name is deadnaming and constitutes discrimination on the basis of my gender.*

*Your email went through, so there is no need to resend.*

*Please make a note of the above, and please refrain from question or comment, as I am not interested and this message is complete.*

*Thank you.*

*- Lady Benjamin Philip Diaz Cannon, ASCE.*

---

**Olga Dmitrieva** <olga.dmitrieva@zayo.com>                                                                                     Fri, Mar 5, 2021 at 1:04 PM
To: Brandon Marx <brandon@cloudnexion.com>, Oliver Akers <oliver.akers@zayo.com>, kar@6by7.net, paschal.masha@6by7.net, Beo Tramanh Nguyen <beo.nguyen@6by7.net>, Ben Cannon <ben@6by7.net>, provisioning@cloudnexion.com

Kar,

Thank you for talking with me over the phone. I said during our phone conversation we hope to see the payment of $123,856.62 before 3/31/21. After that date service will be disconnected.

Best Regards,
## Olga Dmitrieva
AR Expert I | **Zayo** Group
1821 30th Street | Unit A| Boulder, CO 80301
Office Phone: 720.599.0394
olga.dmitrieva@zayo.com
http://www.zayo.com

**Did you know about our** Tranzact **portal?**
**Did you know paying for your bills could be much easier via** Tranzact**?**

[Quoted text hidden]

---

**Lady Benjamin Cannon** <lb+canned.response@6by7.net>                                                                                Fri, Mar 5, 2021 at 1:04 PM
To: olga.dmitrieva@zayo.com

[Quoted text hidden]

---

**Kar Dhillon** <kar@6by7.net>                                                                                                                                          Fri, Mar 5, 2021 at 1:11 PM
To: Olga Dmitrieva <olga.dmitrieva@zayo.com>
Cc: Brandon Marx <brandon@cloudnexion.com>, Oliver Akers <oliver.akers@zayo.com>, Paschal Masha <paschal.masha@6by7.net>, Beo Tramanh Nguyen <beo.nguyen@6by7.net>, Ben Cannon <ben@6by7.net>, provisioning@cloudnexion.com

Hi Olga, thanks for the call. Please take a look at the stock purchase warrants attached below.

Our attorneys estimate that the current value is around **$17,277,916.00 as of 2/5/2021.** Our CEO will be liquidating and placing 10.7 mn of that into 6x7 Networks and using it to pay off outstanding debt with Zayo. I'm sorry that the timelines are off from what we projected - to be completely honest the specific dates were difficult to estimate accurately because there was a lot of paperwork and all of the necessary filings were up to attorneys.