| ☐ County Court ☒ District Court<br>N/A County, Colorado<br>Court Address:<br>, Colorado<br>Plaintiff/Petitioner(s): Zayo Group, LLC<br>v.<br>Defendant/Respondent(s): 6x7 Networks, LLC | **COURT USE ONLY** |
|---|---|
| Attorney or Party Without Attorney (Name and Address):<br>Hall Estill Hardwick Gable Golden & Nelson, P.C.<br>Vicki Robinson<br>Phone Number: 9189359648    E-mail: vrobinson@hallestill.com<br>FAX Number:                           Atty. Reg. #: | Case Number:  1:22-CV-00414-WJM-KLM<br><br>Division           Courtroom |

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served THE FOLLOWING DOCUMENTS 6x7 Service Packet.pdf (identify title of documents) on the Defendant/Respondent in Dover, DE (name of County/State) on Wed, Mar 02 2022 (date) at 02:48 PM (time) at the following location: 1221 College Park Drive Suite 116.

☐ By handing the documents to a person identified to me as the Defendant/Respondent: _____ (print name of person served).

☐ By identifying the documents, offering to deliver them to a person identified to me as the Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.

☐ By leaving the documents at the Defendant/Respondent's usual place of abode with _____ (Name of Person) who is a member of the Defendant/Respondent's family and whose age is 18 years or older. (Identify family relationship) _____.)

☐ By leaving the documents at the Defendant/Respondent's usual workplace with _____ (Name of Person) who is the Defendant/Respondent's

☐ secretary, ☐ administrative assistant, ☐ bookkeeper, or ☐ managing agent. (Choose title of person served.)

☒ By leaving the documents with Alan Zielen (Name of Person), who as Corporate Officer (title) is authorized by appointment or by law to receive service of process for the Defendant/Respondent.

☐ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e)):

☐ **For Eviction Cases Only.**

I have made diligent efforts such as

(list personal service attempts) but have been unable to make personal service on the Defendant/Respondent(s) and I have made service of the within summons and complaint by posting a copy of them in a conspicuous place upon the premises described therein.

I have charged the following fees for my services in this matter:
☐ Private process server
☐ Sheriff,                County
Fee $65.00                Mileage $0.00

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**VERIFICATION**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the _____2_____ day of _____March_____ , _____2022_____
                    (date)                    (month)              (year)

Dover, Delaware
(city or other location, and state OR county)

Isaiah Greene                                              03/02/2022
(Printed Signature)          Signature                     Date

JDF 98     R4/20     AFFIDAVIT OF SERVICE